UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEREK CALDWELL,<br><br>        Plaintiff,<br><br>   v.<br><br>GREGORY SCHALLER, BOB WEBER, STAFFORD CREEK MEDICAL FACILITY,<br><br>        Defendant. | CASE NO. C14-5827 RBL-JRC<br><br>ORDER |

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR1, MJR3 and MJR4.

Before the Court are plaintiff's motion to amend the complaint (Dkt. 12), and motion for discovery (Dkt. 15). Defendants have replied and they do not oppose these two motions (Dkt. 17). Even though plaintiff did not properly serve his discovery requests, defendants' counsel has stated that she will consider the request properly served (Dkt. 17, p. 2).

1    The Court grants plaintiff leave to amend the complaint to add defendants and to remove
2 Stafford Creek Corrections Center as a defendant.  If plaintiff wishes the Court to attempt service
3 on new defendants then plaintiff will need to file a motion and provide service information for
4 each new defendant.

5    Defendants oppose the third motion filed by plaintiff, a motion for appointment of
6 counsel (Dkt. 16).  Because plaintiff has the right to file a reply, the Court cannot consider the
7 third motion before its noting date of December 5, 2014.  The Court directs the clerk's office to
8 remove Dkt. 12 and 15 from the Court's calendar.

9    Dated this 1st day of December, 2014.

J. Richard Creatura
United States Magistrate Judge