UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEREK CALDWELL,<br><br>        Plaintiff,<br><br>  v.<br><br>GREGORY SCHALLER, BOB WEBER, STAFFORD CREEK MEDICAL FACILITY, NORMAN GOODENOUGH, PAT GLEBE.<br><br>        Defendants. | CASE NO. C14-5827 RBL-JRC<br><br>ORDER GRANTING PLAINTIFF ADDITIONAL TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

    The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR1, MJR3 and MJR4.

    Currently before the Court is plaintiff's motion for additional time to file a response to defendants' motion for summary judgment (Dkt. 27). Defendants' motion for summary judgment was noted for consideration on January 23, 2015 (Dkt. 23). Defendants have responded to plaintiff's motion and do not oppose a sixty-day extension to allow plaintiff time to

1 file a response to their motion (Dkt. 28).  Accordingly, the Court need not wait for the February 6, 2015 noting date to decide this motion.

The Court grants plaintiff's motion for additional time to file a response.  The Court orders the Clerk's Office to re-note Defendants' motion for summary judgment (Dkt. 23), for April 10, 2015.  Plaintiff's response is due on or before March 27, 2015.  Defendants' reply must be filed on or before April 10, 2015.

Dated this 27th day of January, 2015.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING PLAINTIFF ADDITIONAL
TIME TO RESPOND TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 2