HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEREK CALDWELL,<br><br>           Plaintiff,<br><br>     v.<br><br>GREGORY SCHALLER, BOB WEBER, STAFFORD CREEK MEDICAL FACILITY,<br><br>           Defendants. | CASE NO. 14-cv-05827-RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

1. The Court adopts the Report and Recommendation; and
2. Defendants' Motion for Summary Judgment on Plaintiff's Eighth Amendment claim is **GRANTED** in full.

Dated this 2nd day of July, 2015.

Ronald B. Leighton
United States District Judge